(125 So. 902)

### Dozier BELL v. STATE. (4 Div. 469.)

Supreme Court of Alabama. Jan. 28, 1930.

Guy W. Winn, of Clayton, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Dozier Bell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bell v. State, 125 So. 901.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.